

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| WILLIE CLEVELAND,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>J. F. SALAZAR,<br><br>　　　　　Respondent. | No. EDCV 08-201-R (AGR)<br><br>**JUDGMENT** |

　　Pursuant to the order adopting the magistrate judge's report and recommendation,

　　IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: _5-16-08_　　　　_____
　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE